UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERONICA DANIELA VADUVA,

Plaintiff,

v.

FRANCIS WALKER,

Defendant.

CASE NO. C18-0512RSM

MINUTE ORDER STRIKING MOTION FOR IFP

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On April 10, 2018, Plaintiff filed a Motion to Proceed In Forma Pauperis in this matter. Dkt. #9. This matter was removed to the Court from King County Superior Court by the Defendant. Dkt. #1. Thus, Defendant was responsible for paying the Court's filing fee, which he did. *Id.* Accordingly, Plaintiff is not responsible for any court fees at this time. As a result, the Court now STRIKES Plaintiff's pending motion to proceed in forma pauperis (Dkt. #9) AS MOOT.

DATED this 17th day of April, 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER
PAGE - 1