UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERONICA DANIELA VADUVA,

    Plaintiff,

v.

FRANCIS WALKER,

    Defendant.

No. C18-0512 RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

The parties, through their attorneys of record, stipulate to entry of the subjoined Order dismissing this action with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 15th day of May, 2018.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Francis Walker

By /s/ Melissa K. Mordy
    Melissa K. Mordy, WSBA #41879

VERONICA DANIELA VADUVA

By /s/ Veronica Vaduva
    Pro Se Plaintiff

STIPULATED ORDER OF DISMISSAL
(Cause No. C18-0512 RSM) - 1
4838-5741-8085v.2 0111246-000001

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

# ORDER

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered, adjudged, and decreed that this action is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

DONE this 16th day of May 2018.

                                          RICARDO S. MARTINEZ
                                          CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Francis Walker

By /s/ Melissa K. Mordy
     Melissa K. Mordy, WSBA #41879

Approved as to Form;
Notice of Presentation Waived:

VERONICA DANIELA VADUVA

By /s/ Veronica Vaduva
     Pro Se Plaintiff

STIPULATED ORDER OF DISMISSAL
(Cause No. C18-0512 RSM) - 2
4838-5741-8085v.2 0111246-000001

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax